THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Deonta Carpenter, Appellant.
 
 
 

Appeal From Sumter County
 Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2007-UP-166
Submitted April 2, 2007  Filed April 12, 2007 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, South Carolina Commission on Indigent Defense, of Columbia; and Deonta Carpenter, of Bishopville, for Appellant.
Teresa A Knox, S.C. Dept. of Probation Parole & Pardon, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Deonta Carpenter appeals the revocation of his probation.  His counsel contends the court erred in failing to find his violations were willful prior to revoking his probation.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Carpenters appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED. 
HUFF, BEATTY, and WILLIAMS, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.